Argued September 22, affirmed October 28, 1975

POSSEHL, *Petitioner,* v. EMPLOYMENT DIVISION ET AL (No. 75-AB-405, CA 4716), *Respondents.*

541 P2d 1062

*Henry R. Dickerson, Jr.,* Corvallis, argued the cause and filed the brief for petitioner.

*W. Michael Gillette,* Solicitor General, Salem, argued the cause for respondent Employment Division. With him on the brief were Lee Johnson, Attorney General, and Al J. Laue, Assistant Attorney General, Salem.

No appearance for respondent Agripac, Inc.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

SCHWAB, C. J.

Claimant seeks unemployment benefits for certain

weeks during which he was enrolled in a college course which required attendance in class from 8 a.m. to 5 p.m. on Tuesdays and Thursdays.

The referee held against the claimant on the ground that he was not sufficiently available for work within the meaning of ORS 657.155(1)(c) which reads in pertinent part:

"He is able to work, is available for work, and is actively seeking and unable to obtain suitable work * * *."

The Employment Appeals Board affirmed the referee as do we. *Evjen v. Employment Division,* 22 Or App 372, 539 P2d 662 (1975), and *Brown v. Employment Division,* 22 Or App 382, 539 P2d 666 (1975), are dispositive of this case.

Affirmed.